VERNON C. GOINS II (SBN 195461)
BRIAN K. HILLIARD (SBN 244193)
TAYLOR, GOINS & STALLWORTH LLP
1330 Broadway, Suite 1701
Oakland, CA 94612
Telephone:     (510) 893-9465
Facsimile:      (510) 893-4228

Attorneys for Plaintiff
SYLVESTER BURKS

*FILED*

2007 OCT 26  PM 3: 12

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND)

| | |
|---|---|
| SYLVESTER BURKS, an individual, | C07-05482 |
| Plaintiff, | ) **COMPLAINT** |
| vs. | ) DEMAND FOR JURY TRIAL |
| JOHN FULLARD, an individual, and DOES 1 through 10, inclusive, | ) |
| Defendant(s). | ) |

Plaintiff SYLVESTER BURKS ("Plaintiff"), an individual, by his attorneys, Taylor, Goins & Stallworth LLP, for its Complaint against Defendant JOHN FULLARD ("Defendant Fullard"), an individual, and DOES 1 through 10, and each of them, as follows:

## NATURE OF THE ACTION

1.     This action arises out of Defendant's attempt to mislead the public into believing that their unauthorized distribution of the musical works and teaching programs are part of

1

COMPLAINT

Plaintiff's own musical works and teaching programs.  The musical works and teaching

programs are also distributed by Plaintiff.

2.      The fact that Defendant's were granted limited permission to distribute Plaintiff's

musical works between 1999 and 2001 does not allow Defendant's to sell any musical works or

teaching programs using Plaintiff's name, likeness and trademarks without Plaintiff's consent

after 2001, much less to deceive the public into believing that Plaintiff approved or sponsored

Defendant's marketing of those musical works and teaching videos.  In fact, by falsely marketing

his unauthorized video on www.youtube.com and by using Plaintiff's picture on his teaching

lessons, Defendant's are misappropriating the goodwill and product identity resulting from

Plaintiff's advertising and promotion of his musical works and teaching programs.

3.      Plaintiff seeks, *inter alia*, preliminary and permanent injunctive relief, damages,

accounting and disgorgement of Defendants' profits, punitive damages, and an award of

attorneys' fees and costs under federal and state law.

## JURIDICTION AND VENUE

4.      Jurisdiction of this Court is based upon 28 U.S.C. §§ 1331, 1337 and 1338 and

U.S.C. § 1367(a).  The claims alleged herein arise under the Lanham Act, 15 U.S.C. §1051 et

seq., Section 3344 of the California Civil Code, Section 17200 et seq. of the California Business

and Professions Code, and the common law of the State of California.

## THE PARTIES

5.      At all times herein mentioned, Professor Sylvester Burks (hereinafter "Plaintiff")

was an individual residing in the County of Alameda, State of California, and a professional

gospel musician and music teacher who owns his own production company.

6.      Plaintiff is informed, believes and thereon alleges that JOHN FULLARD

(hereinafter "Defendant Fullard") is, and at all times herein mentioned was, an individual

2

COMPLAINT

residing in Dublin, California.  Defendant Fullard owns and operates www.abcgospelmusic.com, a music promotion website, and markets gospel musical works around the country.  Plaintiff is informed and believes and thereon alleges that Defendant Fullard's primary business is selling musical teaching programs to customers throughout the United States, including the State of California, and to advertise, market, and promote his products worldwide through the Internet website www.abcgospelmusic.com (hereinafter referred to as "the Website").  Defendant Fullard also distributes his products through the website, www.youtube.com.

7.      Plaintiff is ignorant of the true names and capacities of the defendants sued herein as DOES 1-10, inclusive, and therefore sues these defendants by such fictitious names.  Plaintiff is informed and believes and thereon alleges that each of the defendants designated herein as a DOE is legally responsible in some manner for the events herein alleged and is, therefore, liable to plaintiff for damages.  Plaintiff will seek leave of this Court to amend this Complaint to assert the true names and capacities of the DOES when ascertained.

8.      Plaintiff is informed and believes that the named defendants acted in concert with the other defendants designated as DOES 1 through 10 in this complaint in the wrongful and improper activities alleged and, therefore, all defendants are responsible for the damages suffered by plaintiff as alleged.  Plaintiff is further informed and believes, and thereon alleges that, at all pertinent times, each of the defendant Fullards named in this Complaint was the agent and/or employee of each of the remaining defendants, including each of those defendants designated as DOES 1 through 10; and each one acted within the course and scope of such agency/employment and acted in concert for the purpose of injuring plaintiff as alleged herein.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

9.      In or about 1999, Plaintiff and Defendant Fullard  entered into an oral partnership agreement. By the terms of the agreement, Defendant Fullard was responsible for promoting and marketing Plaintiffs' musical teaching programs and musical works (hereinafter referred to as "teaching programs", "musical works").  As payment for his services, Defendant Fullard was to

3

COMPLAINT

1  receive a percentage of the overall proceeds realized as a result of his marketing and promotion

2  of Plaintiff's musical works.

3         10.    Shortly after execution of the agreement, Defendant Fullard began promoting and

4  marketing Plaintiff's teaching videos on the Website.   Additionally, Defendant Fullard

5  circulated Plaintiff's musical works at all of the major religious universities across the country.

6         11.    In or around 2001, the partnership between Plaintiff and Defendant Fullard was

7  dissolved.  At the time the partnership ended, Defendant Fullard was to return any and all

8  musical works and teaching programs to Plaintiff.  Defendant Fullard was prohibited from

9  marketing, promoting, or collecting proceeds from any of Plaintiff's musical works and teaching

10  programs.

11         12.    From 1999 to the date of this complaint, Plaintiff has only received $3,400 from

12  Defendant Fullard in proceeds from the sale of Plaintiff's musical works and teaching programs.

13  Plaintiff is informed and believes and thereon alleges that Defendant Fullard has realized

14  substantial proceeds from the sale of Plaintiff's musical works.

15         13.    Between 2001 and the date of this Complaint, Defendant Fullard has promoted

16  Plaintiff's musical works at all of the major gospel conventions including the Gospel Workshop

17  of America without Plaintiff's permission (hereinafter referred to as the "unauthorized musical

18  works").

19         14.    In or about February 2007, Plaintiff received information that his music video had

20  been uploaded to the website www.youtube.com without his permission. The internet website

21  link that was associated with Plaintiff's video directed users to the Website for the video

22  purchase.  A true and correct copy of The Website image is attached hereto as Exhibit A. Shortly

23  after Plaintiff's video was uploaded, friends, family and associates informed Plaintiff that he was

24  being advertised on www.youtube.com.  True and correct copies of the www.youtube.com

25  website images are attached hereto as Exhibit B.

15.     At no time after 2001 did Plaintiff grant permission to Defendants to sell Plaintiff's musical works  or teaching programs on www.youtube.com or in any other medium.

16.     Plaintiff is informed and believes that Defendant Fullard has realized substantial proceeds been from the sale of Plaintiff's musical works and teaching programs after the partnership with Defendant Fullard was dissolved in 2001.

17.     On or about July 2, 2007, a demand letter was sent to Defendant Fullard requesting that Defendants cease and desist from all commercial usage of the name and likeness of Plaintiff.  A true and correct copy of the demand letter is attached hereto as Exhibit C.

18.     On or about, July 26, 2007, a second demand letter was sent to Defendant Fullard. demanding that he cease and desist from any and all activities using Plaintiff's name or likeness for his own commercial purposes.   Additionally, the second demand requested an accounting and compensation for the misuse of Plaintiff's name and likeness.  A true and correct copy of the demand letter is attached hereto as Exhibit D.

19.     Plaintiff has not received any response to the demand letters sent to Defendant Fullard on July 2, 2007,  and July 26, 2007.

20.     As a result of Defendants wrongful conduct alleged herein, Plaintiff has been forced retain lawyers, and has incurred attorneys fees and costs.

## FIRST CAUSE OF ACTION
### (Trade Dress Infringement)
### (Against All Defendants)

21.     Plaintiff hereby incorporates herein by reference, repleads and realleges each and every allegation contained in paragraphs 1 through 20 of the Complaint as though the same were set forth at length herein.

22.     The packaging of Plaintiff's musical works and teaching programs is proprietary, inherently distinctive, and constitutes the protectable trade dress of Plaintiff.  As a result of Plaintiff's advertising and promotion, Plaintiff's musical works and teaching program trade dress

has become recognizable to the consuming public as indicators of the source of musical teaching programs emanating from or otherwise being affiliated with Plaintiff.

23.     Defendants have copied and adopted the distinctive features of Plaintiff's trade dress including Plaintiff's picture in conjunction with the sale and distribution of the unauthorized musical works of Plaintiff, in order to confuse consumers as to the source of his product. Defendants actions constitute trade dress infringement in violation of 15 U.S.C. §1125(a).

24.     As a direct and proximate result of Defendants trade dress infringement, Plaintiff has suffered and will continue to suffer damages and lost profits in an amount to be determined at trial.

25.     Defendants acts have caused and will continue to cause Plaintiff irreparable injury unless restrained by this Court. Plaintiff has no adequate remedy at law.

26.     Defendants acts alleged herein were intentional and willful, subjecting Defendants to treble damages and payment of Plaintiff's reasonable attorney's fees.

### SECOND CAUSE OF ACTION
(Unfair Competition In Violation of Section 43(a) of The Lanham Act)
(Against All Defendants)

27.     Plaintiff hereby incorporates herein by reference, repleads and realleges each and every allegation contained in paragraphs 1 through 27 of the Complaint as though the same were set forth at length herein.

28.     Defendants unauthorized use of Plaintiff's name and likeness and adoption of a confusingly similar name, picture and trade dress for its product constitutes a false designation of origin and a false description and representation to the consuming public, members of whom are likely to and, upon information and belief, do believe that Defendants unauthorized musical works were sold or authorized for sale by Plaintiff.

6

COMPLAINT

29.     Defendants actions misrepresent the nature, characteristics and/or qualities of Defendants' goods, services and/or commercial activities. Such acts of Defendants are in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

30.     As a direct and proximate result of Defendants' acts of unfair competition as alleged herein, Plaintiff has suffered and will continue to suffer damages and lost profits in an amount to be determined at trial.

31.     Defendants' acts have caused and will continue to cause Plaintiff irreparable injury unless restrained by this Court. Plaintiff has no adequate remedy at law.

32.     Defendants' acts alleged herein were intentional and willful, subjecting Defendants to treble damages and payment of Plaintiff's reasonable attorney's fees.


### THIRD CAUSE OF ACTION
(Trademark Dilution)
(Against All Defendants)

33.     Plaintiff hereby incorporates herein by reference, repleads and realleges each and every allegation contained in paragraphs 1 through 33 of the Complaint as though the same were set forth at length herein.

34.     The Professor Burks Musical Teaching Programs are "famous marks" within the meaning of Section 43(c) of the Lanham Act, 15 U.S.C. §1125(c)(1) and have been famous prior to Defendants' conduct as alleged herein.

35.     Defendants' distribution and sale of the unauthorized musical works dilutes the distinctive quality of the Professor Burks Musical Works and Teaching Program trademark, and was done with the willful intent to trade on Plaintiff's reputation and/or cause dilution of the Professor Burks Works and Teaching Program trademark.

36.     Defendants' aforesaid acts were committed in knowing and willful violation of Plaintiff's rights under Section 43(c) of the Lanham Act, 15 U.S.C. §1125(c).

37.     Defendants' dilution of the Professor Burks Musical Works and Teaching

Program mark has caused and will continue to cause irreparable harm to Plaintiff unless restrained by this Court. Plaintiff has no adequate remedy at law.

38.    Because the acts of Defendants that have caused dilution of the famous Professor Burks Musical and Teaching Program trademark was willful, Plaintiff is entitled to recover damages and other remedies in accordance with 15 U.S.C. §1125(c)(1).

## FOURTH CAUSE OF ACTION
### (False Advertising In Violation of Lanham Act §43(a))
### (Against All Defendants)

39.    Plaintiff hereby incorporates herein by reference, repleads and realleges each and every allegation contained in paragraphs 1 through 39 of the Complaint as though the same were set forth at length herein.

40.    In advertising and marketing the unauthorized musical works, Defendants falsely represent and suggest that the unauthorized musical works are sold or authorized for sale by Plaintiff.

41.    In particular, Defendants' sale and promotion of Plaintiff's musical teaching programs on youtube.com and Defendant Fullard's Website are misleading and deceptive, in that consumers are likely to believe, and on information and belief do believe, that the Unauthorized Professor Burks Musical Works and Teaching Programs are part of the genuine Professor Burks Musical Works and are therefore sold or authorized for sale by Plaintiff.

42.    Plaintiff is informed and believes that Defendants' express and implied representations are material and have induced consumers to purchase the unauthorized musical works and teaching programs of Plaintiff.

43.    Plaintiff is informed and believes that Defendants' misleading advertising is likely to and has deceived a substantial portion of the consuming public into believing that the unauthorized musical works are sold or authorized for sale by Plaintiff.

44.    Defendants' actions constitute false advertising, false and misleading description

of facts, and false of misleading representations of fact, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

45.     As a direct and proximate result of Defendants' actions as alleged herein, Plaintiff has suffered and will continue to suffer damages and lost profits in an amount to be determined at trial.

46.     Defendants' acts have caused and will continue to cause Plaintiff irreparable injury unless restrained by this Court.  Plaintiff has not adequate remedy at law.

47.     Defendants' acts alleged herein were intentional and willful, subjecting Defendants to treble damages and payment of Plaintiff's reasonable attorney's fees.

## FIFTH CAUSE OF ACTION
(Misappropriation of Plaintiff's Name and Likeness)
(Against All Defendants)

48.     Plaintiff hereby incorporates herein by reference, repleads and realleges each and every allegation contained in paragraphs 1 through 48 of the Complaint as though the same were set forth at length herein.

49.     As a gospel music professional, Plaintiff had and continues to have a protected interest regarding usage of his name and likeness for commercial purposes.

50.     Defendants have knowingly misappropriated Plaintiff's name and likeness for the purpose of soliciting third parties to purchase Plaintiff's musical works and teaching programs, without Plaintiff's consent.

51.     The illegal and unauthorized usage by Defendants of Plaintiff's name and likeness constitutes a commercial misappropriation of Plaintiff's name and likeness.  The appropriation is for Defendants' advantage, in that Plaintiffs' name and likeness are being used and are intended to create and enhance Defendants' pecuniary gain and profit resulting from the sale, distribution, dissemination, of Plaintiff's musical works.

52.     Defendants have threatened further use of Plaintiff's name and likeness by their

9

COMPLAINT

refusal to admit liability for their actions and their continued display of Plaintiff's works in an attempt to enhance their profits and number of customers purchasing Plaintiff's works.  Unless and until enjoined and restrained by Order of this Court, Defendants' continued acts will cause Plaintiff severe and irreparable injury, which cannot be adequately compensated by monetary damages.  By reason of the foregoing, Plaintiff is entitled to temporary, preliminary, and permanent injunctive relief, enjoining the sale and commercial usage of Plaintiff's name and likeness and mandating removal of any pictures, descriptions, or mention of "Professor Burks," "Reverend Burks," or any other reference to "Mr. Sylvester Burks".

53.     As a direct and legal result of the aforementioned acts by Defendants, Plaintiff has been damaged and will be damaged, in an amount to be proven at trial.

54.     The aforementioned acts of Defendants were willful, malicious, intentional, oppressive, and despicable and were done in willful and conscious disregard of the rights and welfare of Plaintiff, thereby justifying the awarding of punitive and exemplary damages in an amount to be proven at the time of trial.

///

///

///

### SIXTH CAUSE OF ACTION
(Unfair Competition and False Advertising
In Violation of Business and Professions Code
Section 17200 *et seq.*)
(Against All Defendants)

55.     Plaintiff hereby incorporates herein by reference, repleads and realleges each and every allegation contained in paragraphs 1 through 55 of the Complaint as though the same were set forth at length herein.

56.     By virtue of the manner in which Defendants have improperly exploited the name and likeness of Plaintiff, Defendants have committed unlawful, unfair, and fraudulent business practices, confusing, untrue, and/or misleading advertising, unfair competition, and unfair

10

1    business practices.  Accordingly, the acts of Defendants as alleged in this Complaint constitute

2    unfair business practices and false advertising in violation of Business and Professions Code

3    Sections 17200 through 17204, 17500, and 17535.  Plaintiff is informed, believes, and thereon

4    alleges that Defendants, in doing the things herein alleged, have misled or at least substantially

5    confused the general public.

6        57.     Defendants' acts and conduct as alleged herein mislead and deceive the public as

7    to the source of Defendants goods, and falsely suggest that the unauthorized musical works and

8    teaching programs are sold or authorized for sale by Plaintiff.

9        58.     Plaintiff is informed, believes, and thereon alleges that the conduct of Defendants

10    alleged herein is such that Defendants falsely, unfairly, deceptively, unlawfully, and/or

11    misleadingly stated, suggested, or implied that Plaintiff consented to the exploitation of his name

12    and likeness in an attempt to mislead the general public.  Plaintiff is further informed, believes,

13    and thereon alleges that at all material times, Defendants knew that their conduct would mislead,

14    deceive, substantially confuse, and/or misinform the general public, all for Defendants'

15    pecuniary gain.

16        59.     As a result of Defendants wrongful conduct as alleged herein, Plaintiff seeks

17    disgorgement from Defendants, of any and all profits or other consideration obtained by or

18    earned by Defendants as a proximate result of their unfair business practices.

19        60.     By reason of the aforementioned acts and omissions by Defendants, Plaintiff has

20    been damaged in an amount in excess of this Court's minimum jurisdiction and according to

21    proof at trial.

22                    **SEVENTH CAUSE OF ACTION**
                       (Accounting and Disgorgement)

23                          (Against All Defendants)

24        61.     Plaintiff hereby incorporates herein by reference, repleads and realleges each and

25    every allegation contained in paragraphs 1 through 61 of the Complaint as though the same were

   set forth at length herein.

COMPLAINT

62.    Plaintiff prays for an accounting and disgorgement of all gains, profits and advantages derived by Defendants from all activities involving his unfair business practices and unjust enrichment, and other wrongful actions alleged hereinabove in this Complaint.

## EIGHTH CAUSE OF ACTION
### (Injunctive Relief)
### (Against All Defendants)

63.    Plaintiff hereby incorporates herein by reference, repleads and realleges each and every allegation contained in paragraphs 1 through 63 of the Complaint as though the same were set forth at length herein.

64.    Plaintiff is informed and believes and thereon alleges that there is a danger that Defendants will continue to disseminate, publish and display websites with Plaintiff's name or likeness on them.    This conduct is wrong in that it is an unauthorized commercial misappropriation of Plaintiff's name and likeness.

65.    Defendants wrongful conduct, unless and until enjoined and restrained by Order of this Court, will cause great and irreparable injury to Plaintiff in that Plaintiff will continue to lose profits and  good will.

66.    Plaintiff has no adequate remedy at law for the injury that Defendants are threatening in that monetary damages cannot adequately compensate Plaintiff for the loss of his property good will, built up over a period of years.

## NINTH CAUSE OF ACTION
### (Violation of Right of Publicity)
### (Against All Defendants)

67.    Plaintiff hereby incorporates herein by reference, repleads and realleges each and every allegation contained in paragraphs 1 through 67 of the Complaint as though the same were set forth at length herein.

68.    Plaintiff has performed at numerous gospel musical productions throughout the country for several years.    Through his hard work, Plaintiff's name, musical works, and teaching programs are invested with substantial goodwill in the eyes of the public.

1    Accordingly, Plaintiff's valuable right of publicity has commercial value which he has not

2    agreed to continue to transfer in whole or in part to Defendant Fullard subsequent to the 2001

3    partnership dissolution for any purpose whatsoever.

4        69.    The wrongful acts of Defendants as alleged hereinabove, constitute a violation

5    and misappropriation of Plaintiff's right of publicity, owned by Plaintiff, because Defendants

6    misappropriated Plaintiff's name, photograph,  musical works, and teaching programs for a

7    commercial purpose—to advertise, market, promote and sell Plaintiff's musical works and

8    teaching programs that contain his name, photograph and likeness.

9        70.    As a direct and proximate result of the aforesaid wrongful acts of Defendants,

10   Plaintiff has been damaged in an amount that is not yet fully ascertainable.  When Plaintiff has

11   ascertained the full amount of damages, he will seek leave of the Court to amend this Complaint

12   accordingly.

13       71.    Plaintiff is informed and believes and based thereon alleges that Defendants, in

14   doing the things herein alleged, acted willfully, maliciously, oppressively and despicably, with

15   full knowledge of the adverse effect of his actions on Plaintiff, and with willful and deliberate

16   disregard for the consequences to Plaintiff.  Plaintiff therefore alleges, on information and

17   belief, that Defendants were fully aware that his use of Plaintiff's name, photograph and

18   likeness, musical works and teaching programs in connection with Defendant Fullard's teaching

19   programs was wrongful and in violation of Plaintiff's rights but, notwithstanding such prior

20   knowledge, nevertheless proceeded to use Plaintiff's name, photograph and likeness, musical

21   works and teaching programs in violation of Plaintiff's rights.  By reason thereof, Plaintiff is

22   entitled to recover punitive and exemplary damages from Defendants in an amount to be

23   determined at trial.

24   ///

25   ///

COMPLAINT

## TENTH CAUSE OF ACTION
(Violation of California Civil Code § 3344)
(Against All Defendants)

72.    Plaintiff hereby incorporates herein by reference, repleads and realleges each and every allegation contained in paragraphs 1 through 72 of the Complaint as though the same were set forth at length herein.

73.    Defendants have knowingly used Plaintiff's photograph, name and likeness, musical works, and teaching programs for the purpose of advertising, selling and/or soliciting purchases of Plaintiff's unauthorized musical works without Plaintiff's consent. Defendants' acts as alleged herein are in violation of California Civil Code § 3344.

74.    As a direct and proximate result of Defendants' violation of California Civil Code § 3344, Plaintiff has suffered damages, including, but not limited to, injury to his reputation, in an amount to be determined at trial. In addition, Plaintiff is entitled to any profits Defendants obtained that are not taken into account in computing Plaintiff's actual damages. Pursuant to California Civil Code § 3344, Plaintiff is also entitled to recover his attorneys' fees and costs incurred in this action.

75.    Defendants violation of California Civil Code § 3344 was intentional, fraudulent and malicious. By reason thereof, Plaintiff is also entitled to an award of punitive damages against Defendants in an amount to be proven at trial.

///
///
///
///

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them, as follows:

### ON THE FIRST CAUSE OF ACTION:

1.    For general damages according to proof at the time of trial;

2.    For statutory damages in a sum according to proof;

14

COMPLAINT

3.   For punitive damages in an amount appropriate to punish Defendants and deter others from engaging in similar misconduct;

4.   For costs of suit herein incurred; and

5.   For treble damages in a sum according to proof.

**ON THE SECOND CAUSE OF ACTION:**

1.   For general damages according to proof at the time of trial;

2.   For statutory damages in a sum according to proof;

3.   For punitive damages in an amount appropriate to punish Defendants and deter others from engaging in similar misconduct;

4.   For costs of suit herein incurred; and

5.   For treble damages in a sum according to proof.

**ON THE THIRD CAUSE OF ACTION:**

1.   For general damages according to proof at the time of trial;

2.   For statutory damages in a sum according to proof;

3.   For punitive damages in an amount appropriate to punish Defendants and deter others from engaging in similar misconduct; and

4.   For costs of suit herein incurred.

**ON THE FOURTH CAUSE OF ACTION:**

1.   For general damages according to proof at the time of trial;

2.   For statutory damages in a sum according to proof;

3.   For punitive damages in an amount appropriate to punish Defendants and deter others from engaging in similar misconduct;

4.   For costs of suit herein incurred; and

5.   For treble damages in a sum according to proof.

**ON THE FIFTH CAUSE OF ACTION:**

1.   For general damages according to proof at the time of trial;

2.   For statutory damages in a sum according to proof;

COMPLAINT

3.     For punitive damages in an amount appropriate to punish Defendants and deter others from engaging in similar misconduct;

4.     For a preliminary injunction and a permanent injunction enjoining Defendant Fullard and his agents, servants, and employees, and all persons acting under, in concert with, or for Defendant Fullard from disseminating, publishing and display websites or engage in any promotional activities that constitute a misappropriation, at Plaintiff's expense, of Plaintiff's name and likeness.

**ON THE SIXTH CAUSE OF ACTION:**

1.     For general damages according to proof at the time of trial;

2.     For statutory damages in a sum according to proof;

3.     For punitive damages in an amount appropriate to punish Defendants and deter others from engaging in similar misconduct;

4.     For an order requiring Defendants to render an accounting;

5.     For an order requiring Defendants to disgorge all profits; and

6.     For costs of suit herein incurred.

**ON THE SEVENTH CAUSE OF ACTION:**

1.     For an order requiring Defendants to render an accounting; and

2.     For an order requiring Defendants to disgorge all profits.

**ON THE EIGHTH CAUSE OF ACTION:**

1.   For a preliminary injunction and a permanent injunction enjoining Defendant Fullard and his agents, servants, and employees, and all persons acting under, in concert with, or for Defendant Fullard from disseminating, publishing and display websites or engage in any promotional activities that constitute a misappropriation, at Plaintiff's expense, of Plaintiff's name and likeness.

COMPLAINT

## ON THE NINTH CAUSE OF ACTION:

1.    For general damages according to proof at the time of trial;

2.    For statutory damages in a sum according to proof; and

3.    For punitive damages in an amount appropriate to punish Defendants and deter others from engaging in similar misconduct.

## ON THE TENTH CAUSE OF ACTION:

1.    For general damages according to proof at the time of trial;

2.    For statutory damages in a sum according to proof; and

3.    For punitive damages in an amount appropriate to punish Defendants and deter others from engaging in similar misconduct.

## AS TO ALL CAUSES OF ACTION:

1.    For all costs of suit incurred herein;

2.    For reasonable attorneys' fees as may be permitted by law; and

3.    For such other and further relief as the Court may deem to be just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all issues triable as of right to a jury in this action.

Dated:  October 26, 2007
        Oakland, California

Respectfully submitted,

Vernon C. Goins
Brian K. Hilliard
TAYLOR, GOINS & STALLWORTH LLP
1330 Broadway, Suite 701
Oakland, California 94612
Telephone: (510) 893-9465
Facsimile:  (510) 893-4228

BRIAN K. HILLIARD
Attorneys for Plaintiff SYLVESTER BURKS

COMPLAINT

**EXHIBIT A**



Rev. John Fullard Video & Tapes At your local Store!

Ask your store to carry my tapes

So you can get them

right away!

**Study with Rev. John Fullard Now at home...Order your tapes on line**

Brand New Professor Sylvester Burks at The Hammond B-3 Tape New!

ORDER Now! You will be Glad you did!

The Largest Gospel Music Video Academy in the World!



Brand New Professor Sylvester Burks at The Hammond B-3 Tape New!

ORDER Now! You will be Glad you did!

The Largest Gospel Music Video Academy in the World!

email me at John5852@aol.com

*************************************************

# YOU MUST GET THIS VIDEO

Study Organ and learn all the Basics to advance

# VOTED BEST

# *ORGAN*

## INSTRUCTIONAL VIDEOTAPE OF THE YEAR!



click here and order now! You will be Glad you did!

Includes: Praise & Worship *Hymns * Shouts *Left-hand Chords *Drawbars...

and much more!....Best buy! Over 1 hour of Church Organ material

For the beginner as well as the Advance Church Organist

on line student Rev. Fullard drill method for immediate study

**EXHIBIT B**



Sign Up | My Account

| Videos | Categories | Channels | Community |

Search

## Gospel Organ with Sylvester Burks



Login to rate
★★★★☆
21 ratings

♥ Save to Favorites
👥 Add to Groups

📹 Share Video
📹 Post Video

✖ Flag as
Inappropriate

Views: 11,859 | Comments: 18 | Favorited: 193 times

Honors: 0    Links: 5

Try out the NEW (beta) version

Added: January 09, 2007
From: admngz

Video lesson from GospelChops.com

Category Music

Tags: gospel  organ  sylvester  burks

URL  http://youtube.com/watch?v=BFaZe

Embed <object width="425" height="350">

 **Related** | **More from this use**

Showing 1–20 of 29

**Gospel Organ s**
01:44
From: phly23
Views: 84076

**Melvin Crispell**
**Organ gospel n**
07:27
From: pete5804
Views: 34719

**www.gospelch**
03:25
From: TheRealGc
Views: 21937

**Gospel Organ S**
**Tutorial DVD**
01:03
From: successlife
Views: 17495

**Organ Shout M**
**Dennis Montgo**
03:21
From: koolkevskis

Showing 1–20 of 29

## Comments & Responses

Show: average (-5 or better)  Help

**Post a video response**
**Post a text comment**

| Pages:  1  2  ...  Oldest | Next |

**musa34** (2 weeks ago)                                                0

(Reply)

The professor! I heard him play behind the late Pastor Nathan
Simmons in North Carolina. He is very humble and preserves a
style of playing that is old, but still tasteful!

**bdanimal** (3 weeks ago)                                               0

(Reply)

I used to listen to Min. Burks every Sunday at Bishop Macks
church. 1 of the top 5 best in bay area.

**jsperrycali** (1 month ago)

0    (Reply)

He is one of the most humble people I know.

**jsperrycali** (1 month ago)

0    (Reply)

This is my best friend. people have been sleeping on the Bay
for so long. slyvester and I have traveled all over the country
together and what makes him so great is he is not only gifted
but annointed.

**woodhousetno** (2 months ago)

0    (Reply)

praise the lord

**Wright4954** (2 months ago)

0    (Reply)

Now that's Sunday morning church sound. Excellent chords!

**mrbarber76** (2 months ago)

0      (Reply)

Incredibly moving!

**sabine1997** (2 months ago)

0      (Reply)

Hi Sylvester, why don't you play in Germany?

**psalmist69** (3 months ago)

0      (Reply)

i have his videos and they are even better!

**MAGICDAWG5001** (3 months ago)

0    (Reply)

AWESOME,, I was totally moved by this... Keep it up burks..
one love...

| Pages:  1  **2**  ...  Oldest | **Next** |

**View all 18 comments**

## Would you like to comment?

Join YouTube for a free account, or Login if you are already a member.

| Your Account | | | Help & Info | | | YouTube | |
|---|---|---|---|---|---|---|---|
| Videos | Playlists | Subscriptions | Help Center | Developer APIs | Copyright | Company Info | Ten |
| Favorites | Inbox | more... | Video Toolbox | Safety Tips | Notices | TestTube | Priv |
| | | | | | Code of Conduct | | |

Web   Images   Video   News   Maps   Gmail   more ▾

bkhilllard@gmail.com | Web History | My Account | Sign out

## Google

| sylvester burks | | Search | Advanced Search |
| | | | Preferences |

---

Web   Video                    Results 1 - 10 of about **32,600** for **sylvester burks**. (**0.44** seconds)



### YouTube - Gospel Organ with **Sylvester Burks**
Gospel Organ with **Sylvester Burks** ... **Burks** every Sunday at ...

⊞ Watch video - 3 min - ★★★★★
www.youtube.com/watch?v=BFaZeEjOsnI

### Rev. John Fullard
Brand New Professor **Sylvester Burks** at The Hammond B-3 Tape New! ORDER Now! You
will be Glad you did! The Largest Gospel Music Video Academy in the World! ...
www.abcgospelmusic.com/Rev.%20John%20Fullard/John%20Fulard%20home%20page%
202003.htm - 20k - Cached - Similar pages - Note this

### Black Gospel Music Resource Directory - Over 1900 Links to Web ...
You will study with Professor **Sylvester Burks**, Worlds Greatest Organist who is known
throughout the World for his ability to play anointed music. ...
www.ihs-enterprises.com/blackgospel/links/XcDirViewInCat.asp?ID=74 - 77k -
Cached - Similar pages - Note this

### Introducing Cynthia Carter Hill
"Working with the talented **Sylvester Burks** as co-producer of the project as well as gifted
people like Melvin Seals, Claytoven Richardson, Randy Emata, ...
⊞ Map of 27689 Tyrrell Ave, Hayward, CA 94544
www.urbangospelalliance.com/mailer/cynthia/mail.htm - 12k -
Cached - Similar pages - Note this

### **Sylvester Burks**
Home. Coming Soon.
sburks.com/ - 2k - Cached - Similar pages - Note this

#### **Sylvester Burks**
**Sylvester Burks**. Lorem ipsum dolor sit amet, consectetuer adipiscing elit. Proin tempor,
elit sed viverra auctor, massa nulla pretium orci, ...
sburks.com/about.html - 4k - Cached - Similar pages - Note this
[ More results from sburks.com ]

[PDF] Minutes of the Small Boat Safety Board Meeting / Conference Call ...
File Format: PDF/Adobe Acrobat - View as HTML
**Sylvester Burks**, Fleet Inspection Office. LT Jeremy Adams, NMAO (former SBSPC). Dana
Wilkes, NOS. Board Members Not Present. February 9. th. , 2006 10.00AM ...
www.sbp.noaa.gov/policy/safety_board/minutes020906_SBSB.pdf -
Similar pages - Note this

[PDF] Minutes of the Small Boat Safety Board Meeting 30 November and 01 ...

File Format: PDF/Adobe Acrobat - View as HTML
volunteered to lead a team consisting of Dana Wilkes and **Sylvester Burks** which will
present. the SBSB with a tiered training curriculum by the beginning of ...
www.sbp.noaa.gov/policy/safety_board/minutes_113005_SBSB.pdf -
Similar pages - Note this

**EXHIBIT C**

**EXHIBIT D**

# TAYLOR, GOINS & STALLWORTH LLP
### Attorneys at Law

July 26, 2007

**Via U.S. Mail**

Mr. John Fullard
P.O. Box 2473
Dublin, Ca 94568

    *Re:*   *Request to Discontinue Use of the Name "Sylvester Burks" or "Professor Burks"*

To Whom It May Concern:

Please be advised that Mr. Sylvester Burks, of Hayward, California, has retained this law firm in connection with your unauthorized, unfair and unlawful use of his business name (service marks and other intellectual property). All further communication regarding this matter is to be directed to this office.

Mr. Burks has performed as a professional gospel pianist and organist for many years. Your Internet website "www.abcgospelmusic.com" is an active webpage promoting your "Reverend John Fullard Study Method." Under items 20-22, and 30 of your 30-step program, you indicate that students will learn music techniques from Mr. Burks. Additionally, your website www.abcgospelmusic.com directs users to a performance of Mr. Burks on www.youtube.com performing at Praise Him on the Hammond B3 organ. Finally, your website sells videotaped performances of Mr. Burks also on the Hammond B3 organ. Mr. Burks has recently learned of your usage of his name "Professor Burks" or "Sylvester Burks" after checking the Internet.

You are not authorized to use the name "Professor Burks", "Sylvester Burks" or identical wording for the selling, advertising or promoting of any music services and/or related teaching instruction. Your unauthorized usage of the name Professor Burks or Sylvester Burks erodes our client's ability to identify himself and the source of his gospel music, and confuses and misleads the public.

As you are aware, our client is engaged in the business of creating and performing as a gospel pianist and organist. Our client's use of the distinctive name "Professor Burks" or "Sylvester Burks" is for the purpose of identifying himself as exclusive, and to distinguish his music from all others. The names "Professor Burks" or "Sylvester Burks" are dominant components of our clients' business name.

Demand Letter to Mr. John Fullard
July 26, 2007
Page 2 of 2

The name "Professor Burks" or "Sylvester Burks" has been extensively advertised and promoted, and symbolizes our client's good will and reputation among his customers and the general public. Customers of Mr. Burks have entered your website, thinking that Mr. Burks has given authorization for the usage of his name. The fact that customers of our client's have been confused and misled by the erroneous partnership with Mr. Burks, clearly indicates that you are misusing our client's business name.

**DEMAND** is hereby made that you cease and desist from all commercial usage of the name "Professor Burks" or "Sylvester Burks" as a service mark, advertising symbol, trademark or otherwise within seven (7) days.

**DEMAND** is hereby made that you provide an accounting and compensation for the misuse of Sylvester Burks' name and likeness within seven (7) days.

Our client's trade identity rights associated with the names "Professor Burks" or "Sylvester Burks" are fully protectable under the laws of the United States, State of California and elsewhere pertaining to marks, trade names and unfair business practices. Your failure to immediately cease and desist in this unauthorized commercial usage of the names "Professor Burks" or "Sylvester Burks" will result in our pursuit of all legal and equitable remedies available to our client as a result of your conduct. Please be advised that if this matter cannot be resolved in a timely fashion, we will be forced to notify the appropriate governmental agencies concerning your unlawful business practices and file a lawsuit seeking injunctive relief and a claim for damages.

If you have any questions or comments regarding this letter or the particular issues preventing resolution of this matter, please contact me.

Very truly yours,

Brian K. Hilliard
Attorney at Law

cc:    Sylvester Burks

TAYLOR, GOINS & STALLWORTH LLP