1  VERNON C. GOINS II (SBN 195461)
   BRIAN K. HILLIARD (SBN 244193)
2  TAYLOR, GOINS & STALLWORTH LLP
   1330 Broadway, Suite 1701
3  Oakland, CA 94612
4  Telephone:    (510) 893-9465
   Facsimile:    (510) 893-4228
5
   Attorneys for Plaintiff
6  SYLVESTER BURKS

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                           (OAKLAND)

11 SYLVESTER BURKS, an individual,        )   No. C07-05482
                                          )
12                    Plaintiff,          )   **PROOF OF SERVICE OF**
                                          )   **SUMMONS AND COMPLAINT**
13 vs.                                    )
                                          )
14 JOHN FULLARD, an individual, and DOES 1)
   through 10, inclusive,                 )
15                                        )
                                          )
16                    Defendant(s).       )

17
   _____
18

19 ///

20 ///

21 ///

22

23

24

25

                                  1

Case 4:07-cv-05482-CW   Document 5   Filed 02/29/2008   Page 2 of 5

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number and address):*<br>BRIAN K. HILLIARD (SB#244193)<br>TAYLOR, GOINS & STALLWORTH, LLP<br>1330 BROADWAY , SUITE 1701<br>OAKLAND CA 94612<br>TELEPHONE NO.: 893-9465   FAX NO.: 893-4228<br>ATTORNEY FOR *(Name)* : PLAINTIFF | **FOR COURT USE ONLY** |

STREET ADDRESS: 1301 CLAY STREET
MAILING ADDRESS:
CITY AND ZIP CODE: OAKLAND CA 94612
BRANCH NAME: NORTHERN DISTRICT

PLAINTIFF/PETITIONER: SYLVESTER BURKS
DEFENDANT/RESPONDENT: JOHN FULLARD

CASE NUMBER: C07-05482

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*:
   SUMMONS IN A CIVIL CASE; COMPLAINT;
   CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
   CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE -CMC SET FOR 3-4-08, 2PM.;
   STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT; CONSENT TO PROCEED BEFORE A
3. a. Party served *(specify name of party as shown on the documents served)* :   U.S.MAGISTRATE JUDGE
   JOHN FULLARD

   b. ☐ Person served (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
       under item 5b on whom substituted service was made) *(specify name and relationship to the party name in item 3a)*

4. Address where the party was served:
   618 TROUT CREEK LN, PATTERSON, CA 95363

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
       receive service of process for the party  (1) on *(date)*:                    (2) at *(time)*:

   b. ☒ **by substituted service.** On *(date)*: 2/26/2008    at *(time)*: 8pm       I left the documents listed in item 2 with or
       in the presence of *(name and title or relationship to the party named in item 3b)*:
   "JOHN-DOE", BLK M,45-55YRS,5'11",STOCKY,BRNSHTNAT.

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
         of the person served. I informed him or her of the general nature of the papers .

   (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
         place of abode of the person I served. I informed him or her of the general nature of the papers .

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
         address of the person to be served, other than a United States Postal Service post office box. I informed
         him or her of the general nature of the papers.

   (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served
         at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed documents on
         *(date)*: 02/26/08   from *(city)*: OAKLAND, CA 94619       **or** ☐ a declaration of mailing is attached.

   (5) ☒ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

BURKS   VS   FULLARD

| PLAINTIFFF/PETITIONER: SYLVESTER BURKS | CASE NUMBER: |
|---|---|
| DEFENDANT/ RESPONDENT: JOHN FULLARD | C07-05482 |

5.  c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                    (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ on behalf of (specify):
      under the following Code of Civil Procedure Section:
      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                       ☐ other:

7. **Person who served papers**
   a. Name:
   b. Address:
   c. Telephone number:
   d. The fee for service was: $ 255.00
   e. I am:

   WAMEIA HILLS
   ACTION ATTORNEY SERVICE
   P.O. BOX 19255
   OAKLAND, CA 94619
   CELL (510) 326-9605 ALAMEDA CO. #829

   (1) ☐ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☒ registered California process server.
       (i) ☐ owner ☐ employee ☒ independent contractor.
       (ii) Registration No.: ALAMEDA # 934
       (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or
9. ☐ **I am a California sheriff, marshal, or constable and** I certify that the foregoing is true and correct.

Date: 2/28/2008

WAMEIA HILLS
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*Wameia Hills*
(SIGNATURE)

PP#: 9785

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2
BURKS VS FULLARD

# DECLARATION OF DUE DILIGENCE

**COURT:** ALAMEDA DISTRICT COURT NORTHERN DISTRICT
**CASE NO:** C07-05482
**TITLE:** BURKS VS FULLARD

ON (Date) __2/19/2008__ I received the papers specified on the attached proof of service.
After careful INQUIRY and DUE DILIGENCE, I have been unable to effect
personal service thereof, within the meaning of CCP 415.10 on

**NAME:** JOHN FULLARD

In lieu of personal delivery, a copy of the specified papers were

**SERVED AT:** _X_ RESIDENCE  ____ BUSINESS  ____ PLACE OF MAILING (no known res.)
____ NO KNOWN RESIDENCE  ____ NO KNOWN BUSINESS

**ADDRESS:** 618 TROUT CREEK LN, PATTERSON, CA 95363

## ATTEMPTS

| # | LOC./DATE | TIME | RESPONSE |
|---|-----------|------|----------|
| 1 | 2-19-08 | 7pm | 16740 FOOTHILL BLVD, SAN LEANDRO, CA IS A BAD ADDRESS. NUMBER DOES NOT EXIST ON STREET. |
| 2 | 2-20-08 |     | OKAY TO LOCATE A NEW ADDRESS. |
| 3 | 2-25-08 | 1PM | 22040 ARBOR AVENUE, HAYWARD, CA 94541. ADDRESS IS 2-3 YEARS OLD PER MANAGER, JOE. |
| 4 | 2-26-08 | 8PM | ATTEMPT AT NEW ADDRESS IN PATTERSON, CA. |

_____ I left the papers specified on the attached proof of service with

_____

and  ____ the person in charge of Business over the age of 18.
     ____ a competent member of the household over the age of 18 at the Home.

At the time of above attempts and later substituted service, I was over the age of 18 years and not a party to this action. I, the undersigned, declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Date: 2/28/2008   Fee: $255.00

ACTION ATTORNEY SERVICE
P.O. BOX 19255
OAKLAND, CA 94619
CELL (510) 326-9605 ALAMEDA CO. #829
9785

Signature

Margie Raetz-Bailey
Name & Reg. No ALAMEDA #829

# DECLARATION OF DUE DILIGENCE

**COURT:** ALAMEDA DISTRICT COURT NORTHERN DISTRICT
**CASE NO:** C07-05482
**TITLE:** BURKS VS FULLARD

ON (Date) __2/26/2008__ I received the papers specified on the attached proof of service. After careful INQUIRY and DUE DILIGENCE, I have been unable to effect personal service thereof, within the meaning of CCP 415.10 on

**NAME:** JOHN FULLARD

In lieu of personal delivery, a copy of the specified papers were

**SERVED AT:** _X_ RESIDENCE ___ BUSINESS ___ PLACE OF MAILING(no known res.)
___ NO KNOWN RESIDENCE ___ NO KNOWN BUSINESS

**ADDRESS:** 618 TROUT CREEK LN, PATTERSON, CA 95363

## ATTEMPTS

| # | LOC./DATE | TIME | RESPONSE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | 2-26-08 | 8PM | 618 TROUT CREEK LN, PATTERSON, CA 95363. NEIGHBOR CONFIRMS JOHN FULLARD LIVES AT THIS LOCATION. FORD FOCUS LIS#6AUH507 IN DRIVEWAY. |
| 5. | 2-26-08 | 8PM | AFTER KNOCKING ON DOOR, "JOHN-DOE" LOOKED OUT FROM WINDOW. I EXPLAINED SERVICE OF SUMMONS. HE REFUSED SERVICE, THEN I DROP-SERVED HIM AT FRONT DOOR. |

ON __2/26/2008__ AT __8pm__ I left the papers specified on the attached proof of service with __"John Doe", Blk M 45-55 yrs, 5'11", stocky, sht dk nat.__

and ___ the person in charge of Business over the age of 18.
_X_ a competent member of the household over the age of 18 at the Home.

At the time of above attempts and later substituted service, I was over the age of 18 years and not a party to this action. I, the undersigned, declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Date: 2/28/2008    Fee: $255.00

ACTION ATTORNEY SERVICE
P.O. BOX 19255
OAKLAND, CA 94619
CELL (510) 326-9605 ALAMEDA CO. #829

9785

*Wameia Hills*
Signature

WAMEIA HILLS

Name & Reg. No ALAMEDA # 934