VERNON C. GOINS II (SBN 195461)
BRIAN K. HILLIARD (SBN 244193)
TAYLOR, GOINS & STALLWORTH LLP
1330 Broadway, Suite 1701
Oakland, CA 94612
Telephone:    (510) 893-9465
Facsimile:    (510) 893-4228

Attorneys for Plaintiff
SYLVESTER BURKS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND)

| | |
|---|---|
| SYLVESTER BURKS, an individual,<br><br>Plaintiff,<br><br>VS.<br><br>JOHN FULLARD, an individual, and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case Number: 07-cv-05482-CW<br><br>**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>Case Management Conference:<br>Date:    March 4, 2008<br>Time:    2:00 p.m.<br>Place:    1301 Clay Street<br>            Courtroom 2, 4th Floor<br>            Oakland, Ca 94612<br>Judge:    Honorable Claudia Wilken |

## INTRODUCTION

Sylvester Burks (hereinafter "Plaintiff") respectfully files this Request For Relief from the Case Management Schedule currently set in the instant action.

1

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
(Case No. 07-cv-05482-CW)

## STATEMENT OF FACTS

On or about October 26, 2007 the complaint against Defendant John Fullard was filed in the present court. (Decl. of Brian K. Hilliard ¶2) Between January 10, 2008 and the end of February 2008, the parties, through their respective counsel engaged in initial disclosures of pertinent information relating to the case. (Decl. of Brian K. Hilliard ¶ 4) The parties have discussed alternative dispute resolution, and believe that the assignment of a third party neutral would greatly benefit the parties and their interests. Until February 4, 2008, Plaintiff's counsel was under the mistaken belief that Defendant's counsel would accept service of process of the complaint against Defendant. (Decl. of Brian K. Hilliard ¶5) After a diligent effort over a period of three weeks, Defendant was finally served on the last day available for service on February 26, 2008. (Decl. of Brian K. Hilliard ¶6)

## ARGUMENT

### 1. THE COURT MAY GRANT A RELIEF FROM THE CASE MANAGEMENT SCHEDULE

Pursuant to Civil Local Rule 16-2(b), a party may request relief from an obligation imposed by Federal Rules of Civil Procedure 16 or 26 or the Order Setting Initial Case Management Conference. The party's motion must (1) Describe the circumstances which support the request; (2) Affirm that counsel for the moving party has conferred with all other counsel in an effort to reach agreement about the matter and, for each other party, report whether that party supports or opposes the request for relief; and 3) Be accompanied by a proposed revised case management schedule.

In this instance, Plaintiff filed his initial complaint on October 26, 2007. (Decl. of Brian K. Hilliard ¶2) Shortly after filing the complaint, the parties counsel met and conferred regarding the possibility of informal resolution of the dispute. (Decl. of Brian K. Hilliard ¶3) Between the time of this initial meet and confer and approximately February 20,

2

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
(Case No. 07-cv-05482-CW)

2008, the parties, through their respective counsel, discussed the possibility of engaging the alternative dispute resolution process to resolve the dispute. (Decl. of Brian K. Hilliard ¶4)

At the time of the initial disclosure between the parties, Plaintiff's counsel believed that Defendant's counsel would accept service of the complaint, and therefore did not believe a request for a change of the case management schedule was necessary. On February 4, 2008, Plaintiff's counsel learned that Defendant's counsel would not accept service on his client's behalf. (Decl. of Brian K. Hilliard ¶5) After a diligent search, Defendant was finally served at his home on February 26, 2008, the last day available for service. (Decl. of Brian K. Hilliard ¶6)

In order for appropriate time to be given the Defendant to answer the complaint, Plaintiff requests an amendment to the initial case management schedule in this matter.

The parties have met and conferred to engaged in informal disclosure of information regarding the case, and believe that informal dispute resolution would be greatly beneficial to resolve the dispute between the parties.

Plaintiff's counsel attempted to contact opposing counsel on February 28, 2008, February 29, 2008, and March 3, 2008, but have not yet heard a response regarding his position with regard to the current case management schedule. (Decl. of Brian K. Hilliard ¶7)

<u>PROPOSED CASE MANAGEMENT SCHEDULE</u>

| | |
|---|---|
| APRIL 15, 2008 | LAST DAY TO:<br>Meet and Confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. |
| APRIL 30, 2008 | LAST DAY TO:<br>File Rule(26) report, complete initial disclosures or state objection to Rule 26(f) report. |
| MAY 1, 2008 | INITIAL CASE MANAGEMENT CONFERENCE |

3

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
(Case No. 07-cv-05482-CW)

## CONCLUSION

Based upon the foregoing it is respectfully requested that the Court grant the request for relief from the current case management schedule.

Dated: March 2, 2008

TAYLOR, GOINS & STALLWORTH LLP

*[signature]*

BRIAN K. HILLIARD
Attorneys for Plaintiff
SYLVESTER BURKS

4

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
(Case No. 07-cv-05482-CW)

```
1  VERNON C. GOINS II (SBN 195461)
   BRIAN K. HILLIARD (SBN 244193)
2  TAYLOR, GOINS & STALLWORTH LLP
   1330 Broadway, Suite 1701
3  Oakland, CA 94612
   Telephone:   (510) 893-9465
4  Facsimile:    (510) 893-4228
5
   Attorneys for Plaintiff
6  SYLVESTER BURKS
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (OAKLAND)

| | |
|---|---|
| SYLVESTER BURKS, an individual, | No. CIV 07-cv-05482-CW |
| Plaintiff, | **DECLARATION OF BRIAN K. HILLIARD IN SUPPORT OF REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** |
| VS. | |
| JOHN FULLARD, an individual, and DOES 1 through 10, inclusive, | |
| Defendant(s). | Case Management Conference:<br>Date:   March 4, 2008<br>Time:   2:00 p.m.<br>Place:  1301 Clay Street<br>            Courtroom 2, 4th Floor<br>            Oakland, Ca 94612<br><br>Judge:  Honorable Claudia Wilken |

I, Brian K. Hilliard, do hereby declare as follows:

1.   I am an attorney at law duly licensed to practice in all of the California courts and attorney of record for Plaintiff Sylvester Burks ("Plaintiff") in the above-captioned action. I make this declaration from my personal knowledge. If called upon to testify to the facts contained in this declaration, I could and would competently testify to such facts.

2.  On October 26, 2007, I filed the complaint on Plaintiff's behalf against Defendant John Fullard.

3.  On January 10, 2008, I received an email from Defendant's counsel requesting that we engage in an informal resolution of the case before proceeding to litigation.

4.  Between January 10, 2008 and February 2, 2008, the parties through their respective counsel attempted to reach a resolution to the matter before proceeding through the litigation process.

5.  On or about February 4, 2008, I learned that Defendant's counsel would not accept service on behalf of his client. At all times before February 4, 2008, I was under the mistaken belief that Defendant's counsel would accept service on his client's behalf.

6.  After a diligent search and expense of resources, Defendant was finally served at his home on February 26, 2008, which happened to be the last day to affect service.

7.  On February 28, 2008, February 29, 2008, and March 3, 2008, I attempted to reach Defendant's counsel for a meet and confer regarding amendment of the current case schedule given the late service upon his client, but have not heard a response.

8.  As a result of the late service of Defendant in this matter, I believe additional time is owed to Defendant to answer the complaint, and for the parties to engage in the alternative dispute resolution process in order to resolve this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 3, 2008

BRIAN K. HILLIARD

DECLARATION OF BRIAN K. HILLIARD IN SUPPORT OF REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
(Case No. CIV 07-cv-05482-CW) - 2

1  VERNON C. GOINS II (SBN 195461)
   BRIAN K. HILLIARD (SBN 244193)
2  TAYLOR, GOINS & STALLWORTH LLP
   1330 Broadway, Suite 1701
3  Oakland, CA 94612
   Telephone:   (510) 893-9465
4  Facsimile:    (510) 893-4228

5
   Attorneys for Plaintiff
6  SYLVESTER BURKS

7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                    (OAKLAND)

11
   SYLVESTER BURKS, an individual,    )  No. CIV 07-cv-05482-CW
12                                     )
              Plaintiff,                )
13                                     )  **[PROPOSED] ORDER GRANTING**
   VS.                                  )  **PLAINTIFF'S RELIEF FROM CASE**
14                                     )  **MANAGEMENT SCHEDULE**
   JOHN FULLARD, an individual, and DOES)
15  1 through 10, inclusive,            )  Case Management Conference:
                                         )  Date:    March 4, 2008
16            Defendant(s).              )  Time:    2:00 p.m.
                                         )  Place:   1301 Clay Street
17                                       )           Courtroom 2, 4th Floor
                                         )           Oakland, Ca 94612
18                                       )  Judge:   Honorable Claudia Wilken

19  _____

20
        This matter came on for case management, at 2:00 p.m. in Department 1 of the above-
21
    entitled Court, with Lori Arnold, Esq appearing for Plaintiff and no counsel appearing for
22
    Defendant. Arguments having been made by counsel and good cause appearing therefore, IT IS
23
    HEREBY ORDERED:
24
        Plaintiff's Request for Relief From Case Management Schedule is hereby GRANTED.
25

[[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
(Case No. CIV 07-cv-05482-CW)
1

1  Dated: March ____, 2008

                                        _____
                                        JUDGE OF THE UNITED STATES DISTRICT COURT