VERNON C. GOINS II (SBN 195461)
BRIAN K. HILLIARD (SBN 244193)
TAYLOR, GOINS & STALLWORTH LLP
1330 Broadway, Suite 1701
Oakland, CA 94612
Telephone:   (510) 893-9465
Facsimile:    (510) 893-4228

Attorneys for Plaintiff
SYLVESTER BURKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND)

| | |
|---|---|
| SYLVESTER BURKS, an individual,<br><br>　　　　　　　Plaintiff,<br><br>VS.<br><br>JOHN FULLARD, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendant(s). | No.  CIV 07-cv-05482-CW<br><br>**ORDER GRANTING PLAINTIFF'S RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>Case Management Conference:<br>Date:　　March 4, 2008<br>Time:　　2:00 p.m.<br>Place:　　1301 Clay Street<br>　　　　　Courtroom 2, 4th Floor<br>　　　　　Oakland, Ca 94612<br>Judge:　　Honorable Claudia Wilken |

　　　The Court, having read and considered all of the papers submitted with respect to the said application, and good cause appearing therefore, IT IS HEREBY ORDERED:

　　　Plaintiff's Request for Relief From Case Management Schedule is hereby GRANTED. The Case Management Schedule in this matter will proceed as follows:

CASE MANAGEMENT SCHEDULE

1  APRIL 15, 2008          LAST DAY TO:
                           Meet and Confer re: initial disclosures, early settlement,
2                          ADR process selection, and discovery plan.

3  APRIL 30, 2008          LAST DAY TO:
                           File Rule(26) report, complete initial disclosures or state
4                          objection to Rule 26(f) report.

5  MAY 6, 2008             INITIAL CASE MANAGEMENT CONFERENCE

Dated: March 14, 2008

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

[[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
(Case No. CIV 07-cv-05482-CW)
2