| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number and address): | FOR COURT USE ONLY |
|---|---|
| BRIAN K. HILLIARD (SB#244193)<br>TAYLOR, GOINS & STALLWORTH, LLP<br>1330 BROADWAY , SUITE 1701<br>OAKLAND CA 94612<br>TELEPHONE NO.: 893-9465  FAX NO.: 893-4228<br>ATTORNEY FOR (Name): PLAINTIFF | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS 1301 CLAY STREET
MAILING ADDRESS:
CITY AND ZIP CODE: OAKLAND CA 94612
BRANCH NAME: NORTHERN DISTRICT

PLAINTIFF/PETITIONER: SYLVESTER BURKS
DEFENDANT/RESPONDENT: JOHN FULLARD

CASE NUMBER: C07-05482

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [ ] summons
   b. [ ] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):*
   SUMMONS IN A CIVIL CASE; COMPLAINT;
   CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
   CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE -CMC SET FOR 3-4-08, 2PM.;
   STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT;

3. a. Party served *(specify name of party as shown on the documents served)* :
   JOHN FULLARD

   b. [ ] Person served (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party name in item 3a)*

4. Address where the party was served:
   618 TROUT CREEK LN, PATTERSON, CA 95363

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*        (2) at *(time):*

   b. [X] **by substituted service.** On *(date):* 2/26/2008 at *(time):* 8pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to the party named in item 3b):*
   "JOHN-DOE", BLK M, 45-55YRS, 5'11", STOCKY, BRNSHTNAT.

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers .

   (2) [X] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person I served. I informed him or her of the general nature of the papers .

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed documents on
   *(date):* 02/26/08 from *(city):* OAKLAND, CA 94619  or [ ] a declaration of mailing is attached.

   (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

PP#: 9785

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 (Rev January 1, 2007)

**PROOF OF SERVICE OF SUMMONS**

Code Civil Procedure, § 4117.10

BURKS  VS  FULLARD

| PLAINTIFFF/PETITIONER: SYLVESTER BURKS | CASE NUMBER: |
|---|---|
| DEFENDANT/ RESPONDENT: JOHN FULLARD | C07-05482 |

5.  c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:              (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ on behalf of (specify):
      under the following Code of Civil Procedure Section:
      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                          ☐ other:

7. **Person who served papers**
   a. Name:
   b. Address:
   c. Telephone number:
   d. The fee for service was: $ 255.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server.
         (i) ☐ owner ☐ employee ☒ independent contractor.
         (ii) Registration No.:
         (iii) County:   ALAMEDA # 934

   WAMEIA HILLS
   ACTION ATTORNEY SERVICE
   P.O. BOX 19255
   OAKLAND, CA 94619
   CELL (510) 326-9605 ALAMEDA CO. #829

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or
9. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

Date: 2/28/2008

WAMEIA HILLS                                              *Wameia Hills*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

PP#: 9785

POS-010 (Rev January 1, 2007)    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2
                                                                     BURKS VS FULLARD

# DECLARATION OF DUE DILIGENCE

**COURT:** ALAMEDA DISTRICT COURT NORTHERN DISTRICT
**CASE NO:** C07-05482
**TITLE:** BURKS VS FULLARD

ON (Date) __2/19/2008__ I received the papers specified on the attached proof of service.
After careful INQUIRY and DUE DILIGENCE, I have been unable to effect
personal service thereof, within the meaning of CCP 415.10 on

**NAME:** JOHN FULLARD

In lieu of personal delivery, a copy of the specified papers were

**SERVED AT:** __X__ RESIDENCE  ____ BUSINESS  ____ PLACE OF MAILING(no known res.)
____ NO KNOWN RESIDENCE  ____ NO KNOWN BUSINESS

**ADDRESS:** 618 TROUT CREEK LN, PATTERSON, CA 95363

## ATTEMPTS

| # | LOC./DATE | TIME | RESPONSE |
|---|---|---|---|
| 1. | 2-19-08 | 7pm | 16740 FOOTHILL BLVD, SAN LEANDRO, CA IS A BAD ADDRESS. NUMBER DOES NOT EXIST ON STREET. |
| 2. | 2-20-08 | | OKAY TO LOCATE A NEW ADDRESS. |
| 3. | 2-25-08 | 1PM | 22040 ARBOR AVENUE, HAYWARD, CA 94541. ADDRESS IS 2-3 YEARS OLD PER MANAGER, JOE. |
| 4. | 2-26-08 | 8PM | ATTEMPT AT NEW ADDRESS IN PATTERSON, CA. |

ON __2/26/2008__ AT __8pm__ I left the papers specified on the attached proof of service with

_____

and ____ the person in charge of Business over the age of 18.
__X__ a competent member of the household over the age of 18 at the Home.

At the time of above attempts and later substituted service, I was over the age of 18 years and not a party to this action. I, the undersigned, declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Date: 2/28/2008    Fee: $255.00

ACTION ATTORNEY SERVICE
P.O. BOX 19255
OAKLAND, CA 94619
CELL (510) 326-9605 ALAMEDA CO. #829

Signature

Margie Raetz-Bailey
Name & Reg. No ALAMEDA #829

# DECLARATION OF DUE DILIGENCE

**COURT:** ALAMEDA DISTRICT COURT NORTHERN DISTRICT
**CASE NO:** C07-05482
**TITLE:** BURKS VS FULLARD

ON (Date) __2/26/2008__ I received the papers specified on the attached proof of service. After careful INQUIRY and DUE DILIGENCE, I have been unable to effect personal service thereof, within the meaning of CCP 415.10 on

**NAME:** JOHN FULLARD

In lieu of personal delivery, a copy of the specified papers were

**SERVED AT:** _X_ RESIDENCE ___ BUSINESS ___ PLACE OF MAILING (no known res.)
___ NO KNOWN RESIDENCE ___ NO KNOWN BUSINESS

**ADDRESS:** 618 TROUT CREEK LN, PATTERSON, CA 95363

## ATTEMPTS

| # | LOC./DATE | TIME | RESPONSE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | 2-26-08 | 8PM | 618 TROUT CREEK LN, PATTERSON, CA 95363. NEIGHBOR CONFIRMS JOHN FULLARD LIVES AT THIS LOCATION. FORD FOCUS LIS#6AUH507 IN DRIVEWAY. |
| 5. | 2-26-08 | 8PM | AFTER KNOCKING ON DOOR, "JOHN-DOE" LOOKED OUT FROM WINDOW. I EXPLAINED SERVICE OF SUMMONS. HE REFUSED SERVICE, THEN I DROP-SERVED HIM AT FRONT DOOR. |

ON __2/26/2008__ AT __8pm__ I left the papers specified on the attached proof of service with

and ___ the person in charge of Business over the age of 18.
_X_ a competent member of the household over the age of 18 at the Home.

At the time of above attempts and later substituted service, I was over the age of 18 years and not a party to this action. I, the undersigned, declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Date: __2/28/2008__ Fee: $255.00

ACTION ATTORNEY SERVICE
P.O. BOX 19255
OAKLAND, CA 94619
CELL (510) 326-9605 ALAMEDA CO. #829

Signature

WAMEIA HILLS

Name & Reg. No ALAMEDA # 934

MAY-07-08 05:18 PM ACTION 5103360667 P.01
Case 4:07-cv-05482-CW   Document 10   Filed 05/12/2008   Page 5 of 5



## ACTION ATTORNEY SERVICE
FAST AND RELIABLE
P.O. BOX 19255
OAKLAND, CA 94619
CELL (510) 326-9605  FAX (510)336-1067

TAX ID NO: 94-3144959

INVOICE DATE : 2/28/2008
INVOICE NUMBER : 9785

*Claudia* (signature)

**Client:** TAYLOR & GOINS, LLP
**Attention:** VERNON C. GOINS (SBN195461)
**Address:** 1330 BROADWAY #1701
OAKLAND, CA 94612

**Phone:** 693-9465 **Fax:**
**Client's #** Acct:338

**Documents Served:**
[ ] Summons [ ] Complaint [ ] ADR [ ] CCCS [ ] Cross

1. SUMMONS IN A CIVIL CASE; COMPLAINT;
2. CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
3. CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE -CMC SET FOR 3-4-08, 2PM.;
4. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT;
5. CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

**Case Title:** BURKS VS FULLARD

**Case Number:** C07-05482
**Date Filed:** 10/26/2007
**Hrng. Date:**

**Court of Record Name/Address:**
ALAMEDA NORTHERN DISTRICT DISTRICT COURT
1301 CLAY STREET
OAKLAND, CA 94612

**PARTY TO BE SERVED:** JOHN FULLARD

**ADDRESS #1.:** 16740-FOOTHILL BLVD., SAN LEANDRO, CA 94578/22034/40 ARBOR AVENUE, HAYWARD, CA 94541

**ADDRESS #2.:** 618 TROUT CREEK LN, PATTERSON, CA 95363

**PARTY SERVED:** (same as above if blank)
**Name & Description:** "JOHN-DOE", BLK M,45-55YRS,5'11",STOCKY,BRNSHTNAT.

**DATE/TIME:** 2/26/2008 8pm   [ ] Multiple Parties
**SERVICE LOCATION:** 618 TROUT CREEK LN, PATTERSON, CA 95363

| SERVICES | CHARGES |
|---|---|
| PATTERSON-RUSH | $100.00 |
| FAX DOCS. | $20.00 |
| LOCATE | $25.00 |
| ATTEMPT HAYWARD | $60.00 |
| ATTEMPT S.LEANDRO | $50.00 |

**BAD ADDRESS(es) (none if blank):**

Attempts: Loc./Date/Time
1  2-19-08    7pm
2  2-20-08
3  2-25-08    1PM
4  2-26-08    6PM

**Not Served at address given:**
**Other:**

**MISC.:** LAST DATE FOR SERVICE 2-26-08

**TOTAL CHARGES:** $255.00   **TOTAL PAID:** $0.00   **TOTAL DUE:** $255.00