VERNON C. GOINS II (SBN 195461)
BRIAN K. HILLIARD (SBN 244193)
TAYLOR, GOINS & STALLWORTH LLP
1330 Broadway, Suite 1701
Oakland, CA 94612
Telephone:   (510) 893-9465
Facsimile:   (510) 893-4228

Attorneys for Plaintiff
SYLVESTER BURKS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND)

| | |
|---|---|
| SYLVESTER BURKS, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>VS.<br><br>JOHN FULLARD, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendant(s). | No. 07-cv-05482-CW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT** |

　　　　Sylvester Burks, Plaintiff, by his attorney Brian K. Hilliard, Esq. and John Fullard, Defendant, by his attorney, David P. Morales, Esq. STIPULATE AS FOLLOWS:

　　　　WHEREAS, Defendant has obtained a copy of the complaint;

　　　　WHEREAS, Plaintiff granted Defendant an open extension of time to respond to the complaint so the parties could attempt to resolve this dispute informally prior to litigation;

/ / /

/ / /

1

**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**

1  IT IS HEREBY STIPULATED that Defendant shall have until July 31, 2008 to respond
2  to the complaint;

3

4  Dated: 5/15/08                    TAYLOR, GOINS & STALLWORTH LLP

5

6                                    */s/ Brian K. Hilliard*
                                     _____
7                                    BRIAN K. HILLIARD
                                     Attorneys for Plaintiff
8                                    SYLVESTER BURKS

9  DATED: May 15, 2008

10
                                     */s/ David P. Morales*
11                                   _____
                                     David P. Morales, Esq., SBN 191229
12                                   THE MORALES LAW FIRM
                                     1414 Soquel Avenue, Suite 212
13                                   Santa Cruz, CA 95062
                                     Telephone: (831) 429-7900
14                                   E-Mail: dmorales@moraleslawfirm.com

15                                   Attorney for Defendant
                                     Reverend John Fullard

16

17

18

19

20

21

22

23

24

25

**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**