VERNON C. GOINS II (SBN 195461)
BRIAN K. HILLIARD (SBN 244193)
TAYLOR, GOINS & STALLWORTH LLP
1330 Broadway, Suite 1701
Oakland, CA 94612
Telephone:    (510) 893-9465
Facsimile:    (510) 893-4228

Attorneys for Plaintiff
SYLVESTER BURKS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND)

| | |
|---|---|
| SYLVESTER BURKS, an individual, | No. CIV 07-cv-05482-CW |
| Plaintiff, | **DECLARATION OF BRIAN K. HILLIARD IN SUPPORT OF STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT** |
| VS. | |
| JOHN FULLARD, an individual, and DOES 1 through 10, inclusive, | |
| Defendant(s). | |

I, Brian K. Hilliard, do hereby declare as follows:

1. I am an attorney at law duly licensed to practice in all of the California courts and attorney of record for Plaintiff Sylvester Burks ("Plaintiff") in the above-captioned action. I make this declaration from my personal knowledge. If called upon to testify to the facts contained in this declaration, I could and would competently testify to such facts.

2. On October 26, 2007, I filed the complaint on Plaintiff's behalf against Defendant John Fullard ("Defendant").

3. On January 10, 2008, I received an email from Defendant's counsel requesting that we engage in an informal resolution of the case before proceeding to litigation.

4. Between January 10, 2008 and February 2, 2008, the parties through their respective counsel attempted to reach a resolution to the matter before proceeding through the litigation process.

5. On or about February 4, 2008, I learned that Defendant's counsel would not accept service on behalf of his client. At all times before February 4, 2008, I was under the mistaken belief that Defendant's counsel would accept service on his client's behalf.

6. After a diligent search and expense of resources, I believed that Defendant was finally served at his home on February 26, 2008, which happened to be the last day to affect service.

7. Shortly thereafter, upon reviewing the proof of service, I determined that the Defendant was served via substituted service, which was not within the timeframe to serve him.

8. As a result of the late service of Defendant in this matter, I believe additional time is owed to Defendant to answer the complaint, and for the parties to engage in the alternative dispute resolution process in order to resolve this matter. Defendant has agreed to waive any defects in the service of the complaint.

9. The Court granted Plaintiff's motion to change the previously set case management schedule.

10. Additional time would allow Defendant to answer the complaint and file any additional pleadings. Furthermore, additional time would allow the parties to resolve the dispute informally prior to litigation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 15, 2008

BRIAN K. HILLIARD