1 VERNON C. GOINS II (SBN 195461)
BRIAN K. HILLIARD (SBN 244193)
2 TAYLOR, GOINS & STALLWORTH LLP
1330 Broadway, Suite 1701
3 Oakland, CA 94612
Telephone:    (510) 893-9465
4 Facsimile:    (510) 893-4228

5
Attorneys for Plaintiff
6 SYLVESTER BURKS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (OAKLAND)

SYLVESTER BURKS, an individual,　　)　No. CIV 07-cv-05482-CW
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　)　[PROPOSED] ORDER GRANTING
VS.　　　　　　　　　　　　　　　　)　STIPULATED REQUEST TO EXTEND TIME
　　　　　　　　　　　　　　　　　　)　TO RESPOND TO THE COMPLAINT
JOHN FULLARD, an individual, and DOES)
1 through 10, inclusive,　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant(s).　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
_____)

The Court, having read and considered all of the papers submitted with respect to said application, and having heard the arguments of counsel, if any, and good cause appearing therefore, IT IS HEREBY ORDERED:

/ / /

/ / /

/ / /

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO
RESPOND TO THE COMPLAINT
(Case No. CIV 07-cv-05482-CW)

1  The parties stipulated request to extend time to respond the complaint until July 31, 2008
2  is hereby GRANTED.

3

4  Dated: May __20__, 2008                    *[signature: Claudia Wilken]*

5  _____
   JUDGE OF THE UNITED STATES DISTRICT COURT

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO
RESPOND TO THE COMPLAINT
(Case No. CIV 07-cv-05482-CW)