REVEREND JOHN FULLARD
6984 Amador Valley
Dublin, California 94568
Telephone: (925) 833-9379

Defendant *Pro Se*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SYLVESTER BURKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>REV. JOHN FULLARD, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No.: 07-CV-05482-CW<br>**SUBSTITUTION OF ATTORNEY** |

    REVEREND JOHN FULLARD, Defendant herein, hereby substitutes himself *pro se*, in place of his attorney-of-record, David P. Morales, Esq., THE MORALES LAW FIRM, 1414 Soquel Avenue, Suite 212, Santa Cruz, CA 95062.

Dated: July __1__, 2008

By: /s/ John Fullard
REV. JOHN FULLARD
*Pro Se* Defendant

///
///
///
///
///

**SUBSTITUTION OF ATTORNEY**
Case No. 07-CV-05482-CW

| | |
|---|---|
| 1 | The undersigned consents to the above substitution. |
| 2 | |
| 3 | Dated: June 30, 2008            THE MORALES LAW FIRM |
| 4 | |
| 5 | By: [signature] |
| 6 | DAVID MORALES<br>Attorneys for Defendant |
| 7 | The undersigned accepts the above substitution. |
| 8 | |
| 9 | Dated: July _1_, 2008 |
| 10 | |
| 11 | By: [signature] |
| 12 | REV. JOHN FULLARD<br>Pro Se Defendant |
| 13 | |
| 14 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed signature" (/S/) with this e-filed document. |
| 15 | |
| 16 | |
| 17 | Dated: July _1_, 2008            THE MORALES LAW FIRM |
| 18 | By: [signature] |
| 19 | DAVID MORALES<br>Attorneys for Defendant |

**RECEIVED**
*By David Morales at 3:19 pm, Jul 29, 2008*

**SUBSTITUTION OF ATTORNEY**
Case No. 07-CV-05482-CW

- 2 -