Exhibit



# Agreement Between Rev. John Fullard & Professor Sylvester Burks

This is an agreement between Rev. John Fullard and Sylvester Burks to collaborate and put together music ventures mainly video production and CDs. The project belongs to Rev. John Fullard. He is the author and founder of his own personal music ministry. About a year ago he asked Professor Burks to do a video which was sold at various conventions. The video is now being sold nationwide through the proceeds and monies of Rev. John Fullard.

Professor Burks has given Rev. Fullard the authority to use and put his name in major magazines and invest time and energy to promote the videos with his playing the organ, piano, and keyboards.

Monies raised from this venture will be split in half between Rev. John Fullard and Professor Sylvester Burks. Money raised will mainly come from conventions and tape sales from stores and other avenues generated.

Rev. John Fullard have exclusive rights to promote Professor Burks organ & piano material they agree upon. Professor Burks still have the right to promote his own personal group which does not interfere with the organ, piano, and keyboard project.

The ultimate goal of this project is to shop a major deal with a recording company and get proceeds from that company. When such a deal occur, both Sylvester and John must still at the table and agree upon a final offer.

This is a binding agreement agreed this date Friday March 26, 1999.

Signed _____ date March 26, 1999

Signed _____ date March 26, 1999

# Exhibit


B







Dear Professor:

It was a pleasure working with you this year. Thanks for coming! Enclosed is the amount promised

Now $250 — Cash
Check 250 — post Dated for Monday
Check 200 — post Dated for Monday wk
Check 200 — Post Dated for
at aujust 100   before trip
———
$1,000

Thanks Again

Rev John Fred

Sylvester Butler

Exhibit

C

PROMOTION OF SYLVESTER BURKS

1. ADVERTISEMENT in Souvenir Books for 1999 and 2000
   a. His name and picture was posted in
      i. Gospel Music Workshop Cost $495  (August)
      ii. Hampton Convention Cost $200     (June 1st)
      iii. AIMS Convention Cost $200   (June 28th)
      iv. Memphis Tenn. COGIC Convocation $200   (November)
      v. Women's Convention COGIC ($200)
2. CONVENTION REGISTRATION & BOOTH  (Exhibit #1)
   a. $150 for nightly booth
   b. $1200 for booth space during day
   c. $100 for nightly fee
3. TRAVEL  (Air Travel)
   a. Burks  $219 to New Orleans  (Exhibit #2) 1999
   b. Burks  $260 to New Orleans  (Exhibit #3) (GMWA went Back to New Orleans in 2000
   c. Car rental $534. (Exhibit #4)
4. MONEY PAID BURKS and engagements I personally got him
   a. $1,000 paid him in Front of his pastor & wife & congregation
   b. $1,000 paid him in various advances (Exhibit #5)
   c. $4,000 he received from engagement in Durham N.C. I had him and his wife make the trip and play for a choir. I closed the deal.
   d. $500 trip to L.A. to do a wedding in Hollywood. I closed the deal
   e. There were many other engagements I helped sponsor.
5. PROJECT with video (He and I made this together) If you need a copy to see let me know.
   a. Cost for 1,000 Video $10,000
   b. Sold tapes for $20.
   c. Gave away 200 in promotions to get Burks name to the public
   d. Paid Burks more than I made.

I have other expenses that I did not address. Wanted to address Burks cost and promotion.

```
DATE: JUN 29 1999                                     7101005660

SERVICE                 DATE  FROM              TO                   DEPART  ARRIVE

AMERICAN AIRLINES       09AUG SAN FRANCISCO     DALLAS                1215A   0538A
AA 428      O                 MON   INTL        FORT WORTH INT
            NON SMOKING         TERMINAL N      TERMINAL C
            BAGGAGE 2 PIECES                                         NON STOP
            AIRCRAFT:M80                                             3:23 DURATION

AMERICAN AIRLINES       09AUG DALLAS            NEW ORL               0620A   0740A
AA 2036     O                 MON   FORT WORTH INT NEW ORLEANS IN
            NON SMOKING         TERMINAL C
            BAGGAGE 2 PIECES                                         NON STOP
            AIRCRAFT:M80                                             1:20 DURATION

AMERICAN AIRLINES       13AUG NEW ORL           DALLAS                0428P   0604P
AA 1891     O                 FRI   NEW ORLEANS IN FORT WORTH INT
            NON SMOKING                         TERMINAL C
            BAGGAGE 2 PIECES                                         NON STOP
            AIRCRAFT:M80                                             1:36 DURATION

AMERICAN AIRLINES       13AUG DALLAS            SAN FRANCISCO         0658P   0848P
AA 311      O                 FRI   FORT WORTH INT INTL
            NON SMOKING         TERMINAL C      TERMINAL N
            BAGGAGE 2 PIECES                                         NON STOP
            AIRCRAFT:757                                             3:50 DURATION

            AIR FARE BULK      TAX US12.87          TOTAL              BULK
                                                    FLIGHT             219.00
                                                    AIR TOTAL          219.00

                                                    INVOICE TOTAL      438.00

PAYMENT: *CHECK

RESERVATION NUMBER(S) AA/RHGMHU

X BURKS/SYLVESTER(ID1791479)           TICKET:        001 7942866772
  FULLARD/ANDRE                        TICKET:        001 7942866773

MK 72 ... AG 552
ANY QUESTIONS REGARDING YOUR FLIGHT RESERVATION
INTERVAL TRAVEL AT 1-800 235-4000.
- - - - - - - - - - PENALTIES - - - - - - - - - -
INVOICE NUMBER 0000222396
                                                                        1/  2
```

PLEASE REVIEW THE ENCLOSED DOCUMENTS IMMEDIATELY UPON RECEIPT
ALL PRICES QUOTED ARE SUBJECT TO CHANGE WITHOUT NOTICE • PLEASE REFER TO THE TERMS AND CONDITIONS ON REVERSE SIDE

4960 S.W. 72nd Avenue • Suite 404 • Miami, Florida 33155-5550 U.S.A.
**800-235-4000**
*THANK YOU FOR USING INTERVAL TRAVEL AS YOUR PERSONAL TRAVEL AGENCY.*

Florida Seller of Travel Registration Number 10224
Oregon Seller of Travel Registration Number 400
CST # Pending






Exhibit 2

WTC0303/0997/4000

889050

**ABC Music**

| CUSTOMER'S ORDER NO. | DATE |
|---|---|
| GMWA | 8-12-99 |

**NAME:** Sylvester Bunks

**ADDRESS:**

**CITY, STATE, ZIP:** Oakland CA

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUAN. | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Cash Given | $500.00 |
| 2 | | |
| 3 | For Services | |
| 4 | | |
| 5 | Rendered | |
| 6 | | |
| 7 | For ABC | |
| 8 | Music | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| | TOTAL | $500.00 |

**RECEIVED BY** Sylvester Bunks

← Signed by Bunks

KEEP THIS SLIP FOR REFERENCE
5705

# Exhibit D

# SylvesterBurks

Home | About | Videos | Contact

## Organ Lessons

Intro
Vivamus a ipsum. Fusce interdum, arcu eget nonummy blandit, tortor tortor aliquam dui, id luctus purus erat id tellus. Cras sed sem. Aenean porttitor scelerisque tellus. Duis in justo eu nunc ornare imperdiet. Sed auctor m lorem.



### Beginners Organ Lesson 1

Description: Vivamus a ipsum. Fusce interdum, arcu eget nonummy blandit, tortor tortor aliquam dui, id luctus purus erat id tellus. Cras sed sem. Aenean porttitor scelerisque tellus. Duis in justo eu nunc ornare imperdiet. Sed auctor mollis lorem.

Fusce volutpat odio in est.                    Coming Soon
Donec ultricies nonummy elit.
In malesuada nunc sed enim.
Nunc malesuada accumsan ligula.
Praesent condimentum suscipit nisi.



### Intermediate Organ Lesson

Description: Vivamus a ipsum. Fusce interdum, arcu eget nonummy blandit, tortor tortor aliquam dui, id luctus purus erat id tellus. Cras sed sem. Aenean porttitor scelerisque tellus. Duis in justo eu nunc ornare imperdiet. Sed auctor mollis lorem.

Fusce volutpat odio in est.                    Price
Donec ultricies nonummy elit.
In malesuada nunc sed enim.
Nunc malesuada accumsan ligula.
Praesent condimentum suscipit nisi.

### Advanced Organ Lesson

Description: Vivamus a ipsum. Fusce interdum, arcu eget nonummy blandit, tortor tortor aliquam dui, id luctus purus erat id tellus. Cras sed sem. Aenean porttitor scelerisque tellus. Duis in justo eu nunc ornare imperdiet. Sed auctor mollis lorem.

Fusce volutpat odio in est.                    Coming Soon
Donec ultricies nonummy elit.