Exhibit





# Academic Division
## The Gospel Music Workshop of America, Inc.
### Rev. James Cleveland, Founder



**Reminder! Please visit the GMWA website at www.gmwanational.org**

## The Academic Division

Rt. Rev. Dr. Albert L. Jamison Sr., Chair
Board of Directors

## Class Session II continued
(9:00 a.m. – 10:15 a.m.)

| Department Course Code | Course Name & Course Description | Room | Instructor |
|---|---|---|---|
| AVP 121 | **Male Choruses & Appropriate Music Literature** — Designed to assist in the organization and administration of male choruses. It also gives suggested music literature that can be used in various church worship services and engagements outside of a church setting. | Hermitage B | Louis Gibson, RN/MA (Hamden, CT) |
| AIP 201A/B | **Intermediate Gospel Piano** — **This is now a combined course.** Focus is upon more complicated patterns and harmonic progressions of piano found that are found in gospel music presentations. | Belle Meade D | David Davis (Buffalo, NY) |
| AIP 203 | **Intermediate Gospel Organ** — Focus is upon more advanced organ registrations, pedal techniques and manual orientations found in gospel music. **Class is held directly in the organ lab by that is presented by Roland Corp.** | Magnolia Ballroom (Organ Lab) | John Fullard (Dublin, CA) |
| AIP 203.2 | **The Portable B3 Organ** — Provides hands-on training and techniques using a B3 Organ Module" and shows how any keyboard can easily become an authentic drawbar organ. | Belmont A | Deron Bell (Dayton, OH) |
| AIP 206B Section II | **Chords, Bridges & Passing Progressions** — Class is continued from Class Session I. See Class Session I. | Belmont B | Sharon Ingram (Wichita, KS) |
| AIP 210/11 | **Electronic Instruments: Bass & Lead Guitars** — Techniques and applications of bass and lead guitars when used in gospel music presentations. **Students enrolling in this class should have their own instruments.** | Cheekwood H | Charles Wingate & (East Elmhurst, NY) Gregory Williams (Muskegon, MI) |
| MF 302 | **Gospel Chords** — Introduces the recognition and construction of chords–major, minor, augmented, diminished and poly-chords used in gospel music presentations. | Belmont C | Clark W. Joseph (Grand Prairie, TX) |
| MF 305 | **Music Theory** — Introduces principles and techniques of song writing. Attention is given to correct voicing and instrumentation in song writing. **The class is held directly in the music lab where computers, MIDI keyboards and other software and accessories are used. Lab is presented by Roland Corporation (Los Angeles, CA).** | Bayou C/D (Music Lab) | Michael Dryver (Omaha, NE) |
| *MA 408A Section I | **Developing The Spirituality of The Choir (Keeping The Devil Out)** — **This is the same course as MA 408B. Students can elect to enroll in either course.** Focus is upon spiritual growth, spiritual development and spiritual expressions as (1) individual choir members; (2) the choir as a whole when it is brought into an increased and intensive awareness of Christ. | Cheekwood B | Kevin Bond, DMin (Brooklyn, NY) |
| MA 410 | **Dimensions of Christian Leadership** — Introduction to the aspects of good and positive leadership, and the qualifications and skills needed to be a leader within the Christian worship experience. | Cheekwood C | Faye E. Johnson (Dayton, OH) |
| MA 412 | **Recommended Salary Ranges For Church Musicians** — Presents "how church musicianship has become of major importance in the development and growth of church congregations." Further explains how the demand for skillful, precise and effective production in church music has reached a level of respectability. However, there is a median that should be maintained between Christian duty, spiritual obligation, love for Christ and the Church, and the practical and economic dimension of (1) subsistence; (2) making a living; and (3) the utilization of one's own time. | Cheekwood F | Leon Wilkinson (Dayton, OH) |

35

Exhibit



# The Musician Family That Prays & Plays Together



Wayne     Shirley     John     Andre     Craig

## Fullard
### Christian Music School
PO Box 2473 Dublin, California 94568
925 833 9379
www.JohnFullard.Com

**LEARN TO PLAY HAMMOND ORGAN *PIANO *BASS GUITAR *TRAIN CHOIR *DRUMS**
Watch My DVDs Order or buy from your local Christian Book Store!

   

HAMMOND ORGAN  PIANO  GOSPEL MUSIC  DRUMS  and More.......
We will come to your church/college/ rehearsal and train your musicians/train your music pastor & choir!
You can study on the Internet or just watch my DVDs and study/play at home/church/college!

# hotels & motels

NOTE: When making reservations, advise that you are attending the BASS Convention and are entitled to the special BASS Convention rates.

Prices shown do not include tax.

**BASS Convention Hotel:**

**Pleasanton Marriott Hotel**
(Formerly Crowne Plaza Hotel)
11950 Dublin Canyon Road
Pleasanton, CA (925) 847-6000

Sun.-Thurs. .........................$119 – Per room, one king or two doubles (plus tax).

Fri.-Sat. ..............................$99 – Per room, one king or two doubles (plus tax).

Conveniently located off I-580, ¼ mile west of I-680 interchange.

Featuring full breakfast buffet, hotel restaurant, indoor fitness center, outdoor heated pool and spa.

**Hotels Under 2 Miles Away:**

**Econo Lodge, Castro Valley**
3928 E. Castro Valley Blvd.
(510) 537-8833

One Queen .........................$69
One King ............................$69
Two Queens .......................$79

**Holiday Inn Express, Castro Valley**
2532 Castro Valley Blvd.
(510) 538-9501

(Say "With BASS")
One or Two Queens ...........$89

**Hotels 2-5 Miles Away:**

**Hampton Inn, Hayward**
24137 Mission Blvd.
(510) 247-1555

King or Two Queens ..........$85

**Best Western Inn, Hayward**
360 West A St.
(510) 785-8700

One King ............................$74
Two Queens .......................$79

**Comfort Inn, Hayward**
24997 Mission Blvd.
(510) 538-4466

King ...................................$74.99
Two Queens .......................$74.99

**Hotel 10 Miles Away:**

**Home of Peace of Oakland**
4700 Daisy Street
(510) 531-4200

Single Occupancy .............$50
Double Occupancy ............$65
Each additional person .....$15

# facilities & directions



**BASS is using the facilities of:**

**Redwood Chapel Community Church**
19300 Redwood Road
Castro Valley, CA

**First Baptist Church**
18550 Redwood Road
Castro Valley, CA
(Saturday Women's Luncheon only)

**Neighborhood Church**
20600 John Drive
Castro Valley, CA
(Thursday seminars only)

**Directions:**

**Directions to Redwood Chapel & First Baptist Church**

(NOTE: Redwood Chapel is located across the street from the Castro Valley High School football field. First Baptist Church is two blocks north of Redwood Chapel.)

**From San Francisco/Oakland**

Eastbound 580 exit Redwood Road and proceed north (left) on Redwood Road to Redwood Chapel.

**From San Jose Area**

Northbound 880 to 238 connector to 580 East. Exit Redwood Road and proceed north (left) on Redwood Road to Redwood Chapel.

**From Tri-Valley Area**

Westbound 580, exit at Castro Valley exit, proceed west (left) on Castro Valley Blvd, turn north (right) on Redwood Road to Redwood Chapel.

**BASS Offices**
P.O. Box 2829
Castro Valley, CA 94546
Office Phone: (510) 537-2041
Registration Phone: (510) 585-9914
www.bassconvention.org

**Parking at BASS is very limited.**
Please follow these guidelines:

1. Parking is available in the two Redwood Chapel parking lots and in limited supply on the residential side streets near the church.

2. When parking along the residential side streets, please make sure you are not blocking the driveway of any of our neighbors.

3. In the parking lots, always follow the instructions of the BASS parking lot attendants.

4. Keep the parking area closest to the sanctuary available for the handicapped.

Joe Patterson
Christian Education Consultant
Group Publishing, Inc.
Loveland, CO
(Sponsored by Group Publishing, Inc.)

Dr. Jim Pierson
President
Christian Church Foundation for the Handicapped
Knoxville, TN
KEYNOTE WORKSHOP LEADER

Michael Powell
Marriage & Family Therapist
Hope Chapel
Healdsburg, CA

Joe Ramos
Evangelist/Bible Teacher
Potter's House Prison Ministry
Hayward, CA

Alan Raughton
Lead Adult Ministry Specialist
LifeWay Christian Resources
Nashville, TN
(Sponsored by LifeWay Christian Resources)

Karen Reed
Nursery Director
Redwood Chapel Community Church
Castro Valley, CA

Don Roberts
Founder & Director
Bible Couriers International
Sacramento, CA

Dr. Abe Ruelas
Chair & Professor of Communication
Patten University
Oakland, CA

Mel Sattler
Christian Education Consultant
Standard Publishing
Cincinnati, OH
(Sponsored by Standard Publishing)

Mary Schaller
Director
Seeker Ministries
Palo Alto, CA

Bob Schwab
Volunteer Ambassador
Promise Keepers
Denver, CO

Eric Segawa
Interim Pastor
Immanuel Presbyterian Church
Fremont, CA

Pat J. Sikora
Writer & Speaker
Mighty Oak Ministries
Redwood City, CA

Dave C. Smith
Pastor for Singles & Director of Counseling
Church of the Highlands
San Bruno, CA

Sally Smith
SF Bay Representative
SERVE - Sending Experienced Retired Volunteers Everywhere
Concord, CA

Carey Smoak
Adult Bible Teacher
Redwood Chapel Community Church
Castro Valley, CA

Judy Soares
Area Director, Emeritus
Joni and Friends Disability Ministry
Castro Valley, CA

Darlene Spangler
Consultant
Equipping for Excellence
San Jose, CA

Sue Spillman
State Director
Child Evangelism Fellowship of Northern California
Union City, CA

Marilyn Starr
Intern Director
Child Evangelism Fellowship
Sacramento, CA

Darlene Stethem
Field Worker
Child Evangelism Fellowship
Los Altos, CA

Adrian Stokes
Church Member
Faith Fellowship
San Leandro, CA

Michael Tadlock
Pastor
New Community Church
Fairfield, CA

Tracy Taylor
Mt. Calvary Baptist Church
Suisun, CA
KEYNOTE WORKSHOP LEADER

Verne Teyler
Executive Director
Hosanna Homes
Castro Valley, CA

Matt VanCleave
Pastor of Student Ministries
Cornerstone Fellowship
Livermore, CA

Randy Walker
Elder
Fairhaven Bible Chapel
San Leandro, CA

Kathy Weltner
Director of Bridges
First Baptist Church
Modesto, CA

Janie-Sue Wertheim
Children's & Youth Minister
Jews for Jesus
San Francisco, CA

Gordon West
President
KidZ At Heart International
Mesa, AZ
KEYNOTE WORKSHOP LEADER

Roy Wilford Sr.
Executive Pastor
Cosmopolitan Baptist Church
Oakland, CA

Gary Williams
Children's Pastor
Twin Lakes Church
Aptos, CA

Mark Williams
Senior Pastor
Hope Chapel Healdsburg
Healdsburg, CA

Angela Yee
Director of Leadership and Special Events
Bayside Church
Roseville, CA



For your Church... We **plan** it. We **install** it. We **support** it. You enjoy it.

Open the eyes of my heart, Lord
Open the eyes of my heart
I want to see You
I want to see You

.projection.   .video.
.sound.        .lighting.

**ZAMAR**
MEDIA SOLUTIONS

408.226.4323
www.zamarmedia.com



RELAX
RENEW
REFRESH

**Group Rentals**
**Santa Cruz Mountains**
**Scotts Valley, CA.**
**800-683-9133**
**www.missionsprings.com**

MISSION SPRINGS
CAMPS & CONFERENCE CENTER
Since Nineteen Twenty Six

# exhibitors - BASS 2008

As of December 10, 2007

**Booth Location Key:**
Booths 1 – 42:   Gym
Booths 43 – 72:  Williams Chapel
Booths 73-80:    Sanctuary Lobby

**ABC Gospel Music** ................. 58
PO Box 2473
Dublin, CA 94568
925 833 9379
www.abcgospelmusic.com

**Alliance Redwoods** ................ 17
6250 Bohemian Hwy
Occidental, CA 95465
707 874 3507 ext. 143
www.allianceredwoods.com

**AWANA Clubs** ........................ 12
PO Box 748
Denair, CA 95316
209 667 6115
www.awana.org

**Bay Area
Apologetics Group** ................. 39
36965 2nd Street
Fremont, CA 94536
408 997 5463

**Bay Cities Bible College** ......... 66
318 27th Street
Oakland, CA 94612
510 268 8060
www.bcbionline.org

**Bible Couriers International** .... 72
8611 Folsom Blvd
Sacramento, CA 95826
916 383 0555

**Camp Oakhurst** ....................... 1
36611 Mudge Ranch Road
Coarsegold, CA 93614
559 683 6563
www.campoakhurst.org

**Capitol Villa Residential
Home Care** ............................. 38
PO Box 32833
San Jose, CA 95101
408 729 9019
www.capitolvilla.com

**Child Evangelism Fellowship** .. 42
PO Box 47
Union City, CA 94587
510 537 7616
www.cefonline.com

**Digital Praise** ........................... 40
40455 Encyclopedia Circle
Fremont, CA 94538
510 770-0244
www.digitalpraise.com

**Discipleland** ............................ 20
2643 Midpoint Drive
Fort Collins, CO 80525
352 489-6961
www.discipleland.com

**Family Life** ............................... 27
217 Turnstone Court
Foster City, CA 94404
415 382 1729

**Forgiveness Ministries** .............. 3
1950 First Avenue
Walnut Creek, CA 94597
925 935-7530
www.wcfriendschurch.com

**Good Steward Books** ............. 77
9619 St. Rt. 38
Milford Center, OH 43030
937 349-6677
www.goodstewardbooks.com

**Gospel for Asia** ....................... 18
1800 Golden Trail Court
Carrollton, TX 75010
972 300 7777
www.gfa.org

**Gospel Light** ................ 14, 15, 16
1957 Eastman Avenue
Ventura, CA 93003
805 644 9721 x1281
www.gospellight.com

**Group Publishing** ..................... 4
1515 Cascade Avenue
Loveland, CO 80538
970-292 4473
www.grouppublishing.com

**Hawaiian Island Ministries** ...... 67
PO Box 77
Honolulu, HI 96808
408 487 3211
www.himonline.org

**Heav'n Fun Comedy** ............... 19
PO Box 2980
Arnold, CA 95223
209 795 1316
www.heavenfun.com

**Heavenly Grounds** .................. 26
37 Golf Road
Pleasanton, CA 94566
925 980 3943

**Hosanna Foster Homes** ........... 76
9998 Crow Canyon Road
Castro Valley, CA 94552
800 332 7543
www.hosannahomes.org

**ICR Bookstore** .......................... 10
22711 Woodridge
Hayward, CA 94541
510 886 8485
www.icr.org

**Jenness Park
Christian Camp** ....................... 59
29005 Highway 108
Cold Springs, CA 95335
209 965 3735
www.jennesspark.com

**Jews for Jesus** ......................... 28
60 Haight Street
San Francisco, CA 94102
415 864 2600

**Joni and Friends** ...................... 53
3553 Castro Valley Blvd.
Castro Valley, CA 94546
510 727 8845
www.joniandfriends.org

**Koinonia Conference
Grounds** .................................. 71
1605 Eureka Canyon Road
Watsonville, CA 95076
831 722 1472
www.gotocamp.com

**LifeWay Christian
Resources** ............................... 22
One LifeWay Plaza
Nashville, TN 37234
615 251 5627
www.lifeway.com

**Lillenas Publishing
Company** ............................... 36
2923 Troost Avenue
Kansas City, MO 64109
816-931 1900
www.lillenas.com

**Matthew 6:33** ........ Chapel Stage
Academy
PO Box 696
Portales, NM 88130
505-693-4287
www.matthew633academy.org

**Mount Gilead Bible Camp** ...... 21
13485 Green Valley Road
Sebastopol, CA 95472
707-823-4508
www.mtgilead.org

**NEST Family Entertainment** ...... 29
1461 S. Beltline Road Ste 500
Coppell, TX 75019
972-318 7704
www.nestlearning.com

**Regular Baptist Press** ............... 41
177 Edmatco Street
Fredonia, WI 53021
866 303-3077
www.garbc.org

**Scriptures at Hand** ................... 35
957 Manor Road
El Sobrante, CA 94803
510 912 0397

**Standard Publishing** ................. 7
8121 Hamilton Avenue
Cincinnati, OH 45231
800 543-1353
www.standardpub.com

**Take a Stand! Ministries** ........... 30
PO Box 1485
Rowlett, TX 75030
214-289-5244
www.ericbarger.com

**Wycliffe Bible Translators** ......... 2
750 Rutherford Circle
Brentwood, CA 94513
925-516-0403
www.wycliffe.org

**Zamar Sound** .......................... 24
138 Martinvale Lane
San Jose, CA 95119
408 226 4323
www.Zamarsound.com

# PROOF OF SERVICE

I, Wayne Fullard, declare as follows:

I am over the age of eighteen (18) years; my address is 1814 Buena Vista Ave Alameda, California 94501

On July 28, 2008, I served a true copy of the following:

**ANSWER TO COMPLAINT & COUNTER-COMPLAINT**

on the parties listed below in this action by causing them to be sent via U.S. Mail, postage prepaid, to the addressee at the following address:

TAYLOR, GOINS & STALLWORTH LLP 1330 Broadway, Suite 701 Oakland, California 945612

I declare under penalty of perjury of the law of the State of California that the foregoing is true and correct. Executed on July 28, 2008, Oakland, California.

Wayne Fullard