ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

August 8, 2008

Vernon C. Goins II
Taylor Goins & Stallworth LLP
1330 Broadway, Suite 1701
Oakland, CA 94612
510-893-9465

John Fullard
6984 Amador Valley
Dublin, CA 94568
925-833-9379

Re:   Burks v. Fullard
      Case No. C 07-05482 CW ENE

Dear Mr. Fullard and Counsel:

    We have received notification from Honorable Claudia Wilken that the referenced case was referred to ENE on August 5, 2008. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how ENE can assist you. We would like to schedule this for **Monday, August 18, 2008 at 10:00 a.m.** This office will initiate the call. Please call me at 415-522-2059 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

    Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator