VERNON C. GOINS II (SBN 195461)
BRIAN K. HILLIARD (SBN 244193)
TAYLOR, GOINS & STALLWORTH LLP
1330 Broadway, Suite 1530
Oakland, CA 94612
Telephone:    (510) 893-9465
Facsimile:    (510) 893-4228

Attorneys for Plaintiff
SYLVESTER BURKS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER BURKS, an individual, | No. 07-cv-05482-CW |
| Plaintiff, | |
| VS. | **ORDER DISMISSING ACTION** |
| JOHN FULLARD, an individual, and DOES 1 through 10, inclusive, | |
| Defendant(s). | |
| AND RELATED COUNTERCLAIM | |

    PURSUANT TO STIPULATION, IT IS SO ORDERED, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to FRCP 41(a) (1).

DATED: 9/19/08

_____
HON. CLAUDIA WILKEN